# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scriven , Mary S. | U.S. District Court, Tampa, Division | 06/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time District Judge | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court
801 N. Florida AVe.
Tampa, Florida 33602

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 06/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Salary Lansing C. Scriven P.A. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 06/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Consumer credit card-unsecured | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. FMI FDS INC INTL FD INSTL | D | Interest | | | Sold | 05/01/20 | K | A | |
| 2. FMI FDS INC INTL FD INSTL | D | Interest | | | Sold | 05/01/20 | J | A | |
| 3. BLACKROCK HEALTH SCI OPPS INST | B | Interest | J | T | | | | | |
| 4. BLUE CHIP GROWTH T. ROWE PRICE | D | Interest | J | T | | | | | |
| 5. COHEN AND STEERS REALTY INCOME FUND INSTITUTIONAL CL | B | Interest | J | T | | | | | |
| 6. EQUITY INCOME FUND-SEL J.P. MORGAN FUNDS | B | Interest | J | T | | | | | |
| 7. BLACKROCK TECHNOLOGY | A | Interest | J | T | Buy | 12/08/20 | J | | |
| 8. INCOME FUND CLASS P PIMCO FUNDS INST/ADMIN CLASS X | D | Interest | J | T | | | | | |
| 9. INTERNATIONAL GROWTH I JOHN HANCOCK FUNDS | A | Interest | J | T | | | | | |
| 10. COLUMBIA DIVIDEND INCOME FUND | A | Int./Div. | J | T | Buy | 12/14/20 | J | | |
| 11. JOHN HANCOCK DISCIPLINED VALUE MIDCAP FUND CLASS | B | Interest | | | Sold | 06/18/20 | J | A | |
| 12. MATTHEWS JAPAN FUND | A | Interest | | | Sold | 05/21/20 | J | A | |
| 13. MATHEWS PACIFIC TIGER FUND | A | Interest | J | T | | | | | |
| 14. GOLDMAN SACHS GQG PARTNERS | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 15. PRINCIPAL FDS INC MIDCAP BLEND P | A | Interest | J | T | | | | | |
| 16. VOYA FDS INTER BID FD | C | Interest | | | Sold | 07/28/20 | J | A | |
| 17. VOYA STRATGIC | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Scriven , Mary S.** | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. VOYA STATGIC | C | Interest | L | T | | | | | |
| 19. CALVERT SMALL | C | Interest | J | T | | | | | |
| 20. BLACKROCK HEALTH SCI OPPS INST | D | Interest | K | T | | | | | |
| 21. BLUE CHIP GROWTH T ROWE PRICE | D | Interest | K | T | | | | | |
| 22. COHEN ANFD STEERS REALTY INCOME FUND INSTITUTIONAL CL | B | Interest | J | T | | | | | |
| 23. EQUITY INCOME FUND-SEL J P MORGAN FUNDS | D | Interest | L | T | | | | | |
| 24. GUGGENHEIM TOTAL RETURN BOND FUND | A | Int./Div. | J | T | Buy | 12/01/20 | J | | |
| 25. INCOME FUND CLASS P PIMCO FUNDS INST/ADMIN CLASS X | D | Interest | L | T | | | | | |
| 26. INTERNATIONAL GROWTH I JOHN HANCOCK FUNDS | D | Interest | K | T | | | | | |
| 27. LEGG MASON | B | Int./Div. | J | T | Buy | 08/31/20 | J | | |
| 28. JOHN HANCOCK DISCIPLINED VALUE MID CAP FUND CLASS | A | Int./Div. | | | Sold | 06/18/20 | K | B | |
| 29. MATTHEWS JAPAN FUND | D | Interest | | | Sold | 05/21/20 | J | A | |
| 30. MATTHEWS PACIFIC TIGER FUND | D | Interest | L | T | | | | | |
| 31. MFS INTERNATIONAL DIVERSIFIED FUND | A | Interest | J | T | Buy | 12/28/20 | J | | |
| 32. PGIM SHORT-TERM CORP. BOND | A | Interest | J | T | Buy | 12/01/20 | J | | |
| 33. PGIM JENNISON GLOBAL OPP | A | Int./Div. | J | T | Buy | 12/14/20 | J | | |
| 34. MFS INTERNATIONAL DIVERSIFIED FUND | C | Interest | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. PRINCIPAL FDS INC MIDCAP BLEND P | D | Interest | L | T | | | | | |
| 36. VOYA FDS INTER BD FD I | C | Interest | | | Sold | 07/28/20 | J | A | |
| 37. ISHARES USA MINIMUN VOLATILITY FACTOR ETF | B | Interest | | | Sold | 08/31/20 | K | B | |
| 38. Columbia Dividend Income Fund | D | Interest | J | T | Buy | 08/31/20 | J | | . |
| 39. Goldman Sachs GQG Partners | C | Interest | K | T | Buy | 08/31/20 | K | | |
| 40. GUGGENHEIM TOTAL RETURN BOND FUND | A | Int./Div. | K | T | Buy | 12/18/20 | K | | |
| 41. BLACKROCK TECHNOLOGY OPP. FUNDS | C | Int./Div. | K | T | Buy | 12/08/20 | K | | |
| 42. LEGG MASON | B | Int./Div. | K | T | Buy | 08/17/20 | K | | |
| 43. PGIM JENNISON GLOBAL | D | Int./Div. | K | T | Buy | 12/14/20 | K | | |
| 44. PGIM SHORTITERM CORPORATE BOND | A | Int./Div. | J | T | Buy | 12/01/20 | J | | |
| 45. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scriven , Mary S. | 06/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary S. Scriven**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544